**Marietta J. DAUGHERTY v. A. CHAZANOFF and N. Nichol, Partners, d. b. a. Science Hill Grocery Company.**

No. 6025.

Circuit Court of Appeals, Sixth Circuit.

Nov. 7, 1932.

A. L. Burgstaller and Harrington, De Ford, Huxley & Smith, all of Youngstown, Ohio, for appellant.

Wm. E. Pfau, of Youngstown, Ohio, for appellee.

PER CURIAM.

Judgment of District Court reversed, and cause remanded for a new trial.

**J. Harold DAVIS et al., Appellants, v. UNITED STATES of America, Appellee.**

No. 6643.

Circuit Court of Appeals, Fifth Circuit.

March 20, 1933.

Wm. M. Gober, of Tampa, Fla., for appellants.

W. P. Hughes, U. S. Atty., of Jacksonville, Fla.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

**U. G. DENMAN, Adm'r, with Will Annexed of Charles H. Nauts, Collector of Internal Revenue for Tenth District of Ohio, Deceased, v. Samuel J. LOGAN and William A. Logan, as Executors under the Last Will and Testament of John N. Mockett, Deceased.**

No. 6402.

Circuit Court of Appeals, Sixth Circuit.

Feb. 16, 1933.

Herman A. Krueger, Asst. U. S. Atty., of Toledo, Ohio, for appellant.

Williams, Eversman & Morgan, of Toledo, Ohio, for appellees.

PER CURIAM.

Docketed and dismissed upon motion of counsel for appellees.

**Culberson P. DENT v. CHESAPEAKE & OHIO RAILROAD CO.**

No. 6103.

Circuit Court of Appeals, Sixth Circuit.

Dec. 16, 1932.

Newcomb, Newcomb & Nord, of Cleveland, Ohio, for appellant.

Tolles, Hogsett & Ginn, of Cleveland, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed.

**DETROIT FIDELITY and SURETY COMPANY, Appellant, v. UNITED STATES of America, Appellee.**

No. 3342.

Circuit Court of Appeals, Fourth Circuit.

Oct. 31, 1932.

Ralph H. Daughton and Samuel E. Forwood, both of Norfolk, Va., and Louis Halle, of New York City, for the appellant.

Paul W. Kear, U. S. Atty., and Alvah H. Martin, Asst. U. S. Atty., both of Norfolk, Va.

PER CURIAM.

Judgment of District Court affirmed.